

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Mutombo Kankonde and East-Side Oncology Clinic, PLLC, | § | No. 08-20-00052-CV |
| | § | Appeal from the |
| Appellants, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| Nagender Mankan, | § | (TC# 2019-DCV-2833) |
| Appellee. | § | |
| | § | |
| | § | |

# **O R D E R**

Pending before the Court is a motion to withdraw filed by Appellants' counsel on appeal. The motion is GRANTED. The Court has changed its records to reflect that Ms. Peggy Kankonde will be receiving notices on behalf of the Appellants.

Our records show that Appellants' Brief is due on May 17, 2020. As a condition of this withdrawal grant, counsel is instructed to inform Appellants of this pending matter.

Furthermore, under the circumstances presented here, the Court on its own motion will ABATE this appeal for 60 DAYS to provide Appellants or their new attorney(s) with the opportunity to decide if they wish to continue with this appeal and/or file an Appellants' Brief. Failure to respond to this order within 60 days will result in this matter being submitted for dismissal for want of prosecution without further notice.

IT IS SO ORDERED this 20th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.